GAIL MIGDAL TITLE
ADR SERVICES, INC.
1900 AVE. OF THE STARS, SUITE 250
LOS ANGELES, CA 90067
320.201.0010  gtitle@adrservices.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE BRYANT, <br><br> Plaintiff(s) <br> v. <br><br> THE MITRE CORPORATION, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:13-cv-08884-CAS-JCG <br><br> MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 3.25.15 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☑ Yes, fully, on 3.25.15 (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: 3.26.15

_____
Signature of Mediator
GAIL MIGDAL TITLE
Name of Mediator (print)

The Mediator is to electronically file original document.

---

ADR-03 (01/14)                MEDIATION REPORT                Page 1 of 1