UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE MITRE CORPORATION and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13CV8884 CAS JCGx<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action against defendant The MITRE Corporation is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1  SO STIPULATED AND AGREED:

2

3
4  Dated: April 3, 2015                ROSEMARIE BRYANT

5
6                                      By: _____
                                           Rosemarie Bryant
7                                          Plaintiff

8  Dated: April 3, 2015                LAW OFFICE OF DIANA SPIELBERGER

9
10
11                                     By: _____
                                           Diana Spielberger
12
                                       Attorney for Plaintiff Rosemarie Bryant
13

14 Dated: April ___, 2015              THE MITRE CORPORATION
15

16
17                                     By: _____
                                           Sozeen J. Mondlin
18                                         Associate General Counsel

19

20 Dated: April ___, 2015              SV EMPLOYMENT LAW FIRM PC

21

22
23                                     By: _____
                                           Steven L. Friedlander
24
                                       Attorneys for Defendant The MITRE Corporation
25

26

27

28

17292 | STIPULATION OF VOLUNTARY DISMISSAL        2        CASE NO. 2:13CV8884 CAS JCGx

**SO STIPULATED AND AGREED:**

Dated: April ____, 2015                ROSEMARIE BRYANT

By:_____
    Rosemarie Bryant
    Plaintiff

Dated: April ____, 2015                LAW OFFICE OF DIANA SPIELBERGER

By:_____
    Diana Spielberger

Attorney for Plaintiff Rosemarie Bryant

Dated: April 10, 2015                THE MITRE CORPORATION

By: /s/ Sozeen J. Mondlin
    Sozeen J. Mondlin
    Associate General Counsel

Dated: April 10, 2015                SV EMPLOYMENT LAW FIRM PC

By: /s/ (signature) for SLF
    Steven L. Friedlander

Attorneys for Defendant The MITRE Corporation